IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, )<br>)<br>Plaintiff, )<br>) CIVIL ACTION<br>vs. )<br>) Case No.  4:20-CV-04296<br>MTV GROUP L L C, )<br>)<br>Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ERIK GARCIA ("Plaintiff") and Defendant, MTV GROUP L L C ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 3rd day of March, 2021.

                                                Law Offices of
                                                THE SCHAPIRO LAW GROUP, P.L.

                                                /s/  Douglas S. Schapiro
                                                Douglas S. Schapiro, Esq.
                                                Southern District of Texas ID No. 3182479
                                                The Schapiro Law Group, P.L.
                                                7301-A W. Palmetto Park Rd., #100A
                                                Boca Raton, FL 33433
                                                Tel: (561) 807-7388
                                                Email: schapiro@schapirolawgroup.com

                                                Attorney for Plaintiff

*/s/ Ted A. Cox*
Ted A. Cox, Esq.
Texas Bar No. 04956480
Ted A. Cox, P.C.
2855 Mangum Road, Suite 100A
Houston, TX  77092-7463
Tel:  (713) 956-9400
Email:  service@tedacox.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2021, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479