United States District Court
Southern District of Texas
**ENTERED**
March 05, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| Plaintiff, | ) ) ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 4:20-CV-04296 |
| MTV GROUP L L C, | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed March 3, 2021, it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on __March 4, 2021__.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE